**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MARIA DE JESUS ALVARADO CONTRERAS,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>        Respondent. | No. 11-70550<br><br>Agency No. A095-449-381<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Maria De Jesus Alvarado Contreras, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reconsider its previous order denying her motion to reopen removal

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reconsider.  *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Alvarado Contreras' motion to reconsider because she failed to establish any error in its prior determination that she had not established the due diligence necessary for equitable tolling of the filing deadline for motions to reopen.  *See* 8 C.F.R. § 1003.2(b)(1); *Avagyan v. Holder*, 646 F.3d 672, 678-80 (9th Cir. 2011).

**PETITION FOR REVIEW DENIED.**